UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTON MILLER,<br><br>                              Petitioner,<br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>                              Respondents. | Case No. 2:25-cv-00783-GMN-MDC<br><br>**ORDER** |

Respondents seek an extension of time to file their Response to Petitioner Duston Miller's Petition. ECF No. 8. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Respondents' first Motion for Extension of Time (ECF No. 8) is GRANTED. Respondents have until October 16, 2025, to file their Response to Miller's Petition.

DATED: October 2, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1