# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DUSTON MILLER,<br><br>　　　　　Petitioner,<br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:25-cv-00783-GMN-MDC<br><br>**ORDER** |

　　　Respondents seek an extension of time to file their Response to Petitioner Duston Miller's Petition as well as an extension of time to file their Reply in support of their Motion to Dismiss. ECF Nos. 11, 12, 23. The Court finds that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motions.

　　　It is therefore ordered that Respondents' second Motion for Extension of Time (ECF No. 11) and third Motion for Extension of Time (ECF No. 12) are GRANTED *nunc pro tunc*.

　　　It is further ordered that Respondents' first Motion for Extension of Time (ECF No. 23) is GRANTED. Respondents have until January 26, 2026, to file their Reply.

　　　DATED:　December 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE