## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DUSTON MILLER,

Petitioner,

v.

ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,

Respondents.

Case No. 2:25-cv-00783-GMN-MDC

**ORDER**

This habeas matter is before the Court on Respondents' Motion to Seal (ECF No. 18) and Motion to Extend Time (ECF No. 27).

Respondents seek leave to file under seal: Exhibit 71, Petitioner Duston Miller's Presentence Investigation Report ("PSI") (ECF No. 19-1), dated March 18, 2018. Under Nevada law, the PSI is "confidential and must not be made a part of any public record." Nev. Rev. Stat. § 176.156(5). Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Miller's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. Accordingly, Respondents' Motion is granted and Exhibit 71 is considered properly filed under seal.

In addition, Respondents seek an extension of time to file their Reply in support of their Motion to Dismiss. ECF No. 27. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

///

///

///

///

///

1

It is therefore ordered that Respondents' second Motion for Extension of Time (ECF No. 27) is GRANTED *nunc pro tunc*.

It is further ordered that Respondents' first Motion to Seal (ECF No. 18) is granted. Exhibit 71 is considered properly filed under seal.

DATED:    April 20, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE